UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                Chapter 13
Nachman Y. Vitriol and
Rachel Vitriol                                                        Case No. 09-43985-CEC
Debtors.

---------------------------------------------------------X

      PLEASE TAKE NOTICE that Joshua N. Bleichman, appellant, pro se appeals to the United States District Court for the Eastern District of New York from the Order of the Judge Carla E. Craig dated March 20, 2012 and entered in the office of the Clerk of said Court on March 20, 2012 and from each and every part thereof.

      This appeal is made pursuant to Federal Rule of Bankruptcy Procedure 8001(a), 8002(a).

      In accordance with Rule 40(a) of the United States District Court for the Eastern District of New York, the name of the other parties to the Order and their respective attorneys of record are listed below.

| Parties | Attorneys |
|---|---|
| Joshua N. Bleichman | Law Office of Joshua N. Bleichman<br>268 Route 59<br>Spring Valley, NY 10977<br>(845) 425-2510 |
| Michael J. Macco, Chapter 13 Trustee | Michael J. Macco, Chapter 13 Trustee<br>135 Pinelawn Road, Suite 120 South<br>Melville, NY 11747 |

Dated: March 27, 2012
Spring Valley, NY 10977             ____/s/__ Joshua N. Bleichman
                                                Law Office of Joshua N. Bleichman,
                                                  Attorney for Appellant/Debtor
                                                  268 West Route 59
                                                  Spring Valley, NY 10977
                                                  845-425-2510

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                        Chapter 13
Nachman Y. Vitriol and
Rachel Vitriol                                                Case No. 09-43985-CEC
Debtors.

---------------------------------------------------------X
```

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO BANKRUPTCY RULE 8006**

Appellant having filed a notice of appeal dated March 27, 2012 from an order of the bankruptcy court dated March 20, 2012, which denied Joshua N. Bleichman earned fees and expenses as attorney for the Chapter 13 debtors post-petition, hereby designates the following for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal.

**Designation of Contents of Record**

1.  Entire File maintained of this Chapter 13 case.

Issues Presented

Whether the Bankruptcy Judge erred and/or abused discretion in denying the Debtors' application for attorney fees earned in representing the Chapter 13 debtors post-post-petition.

Dated: March 27, 2012
Spring Valley, NY  10977              ____/s/__  Joshua N. Bleichman
                                              Law Office of Joshua N. Bleichman,
                                                Attorney for Appellant/Debtor
                                                268 West Route 59
                                                Spring Valley, NY  10977
                                                845-425-2510

## CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old.  I have offices at 268 West Route 59, Spring Valley, NY 10977.  I served the within Notice of Appeal together with the Order appealed and APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO BANKRUPTCY RULE 8006  on the March 29, 2012 by ECF and depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Michael J. Macco, Chapter 13 Trustee
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

    /s/__ Joshua N. Bleichman
Law Office of Joshua N. Bleichman,
Attorney for Appellant/Debtor
268 West Route 59
Spring Valley, NY  10977
845-425-2510