# BLEICHMAN & KLEIN
### ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| **268 Route 59 West** | **113 Cedarhill Ave.** |
| **Spring Valley, N.Y. 10977** | **Mahwah, N.J. 07430** |
| **Office (845)425-2510** | **Office (201)529-3411** |
| Joshua N. Bleichman, Esq. | Shmuel Klein, Esq. |
| New York & Federal Courts | New Jersey & Federal Courts |

_____

May 18, 2012

JUDGE KIYO A. MATSUMOTO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Vitriol vs. Macco
     Case No.: 12-02245

Dear Honorable Judge Matsumoto

Request is made for an extension of time to file the above reference Bankruptcy Appellate Brief.

My brother-in-law passed away this week and I have been out of the office.

I did call Mr. Macco for his consent, however, my call was not returned.


Respectfully,
/s/ Joshua N. Bleichman


cc Michael J. Macco
135 Pinelawn Rd.
Mellville, NY 11747