# BLEICHMAN & KLEIN
### ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| **268 Route 59 West** | **113 Cedarhill Ave.** |
| **Spring Valley, N.Y. 10977** | **Mahwah, N.J. 07430** |
| **Office (845)425-2510** | **Office (201)529-3411** |
| Joshua N. Bleichman, Esq. | Shmuel Klein, Esq. |
| New York & Federal Courts | New Jersey & Federal Courts |

_____

May 21, 2012

JUDGE KIYO A. MATSUMOTO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Vitriol vs. Macco
      Case No.: 12-02245

Dear Honorable Judge Matsumoto

This letter is to confirm a request for an extension of time for 2 weeks to file the above reference Bankruptcy Appellate Brief to be filed on or before June 4, 2012.

.
Respectfully,
/s/ Joshua N. Bleichman


cc Michael J. Macco
135 Pinelawn Rd.
Mellville, NY 11747