UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
-------------------------------------------------------x
In re                                                                                    Chapter 13

Appellants
                                                                                              Lead Bankruptcy case 09-43985
Nachman Vitriol and Rachel Vitriol,                            Civil Docket #1:12-cv-02245KAM

Joshua N. Bleichman

v.

Appellee, Michael J. Macco
Chapter 13 Trustee

                                                                                                           NOTICE OF
                                                                                                            APPEARANCE
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that the undersigned appears as the attorney for Michael Macco, Chapter 13 Trustee, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office and telephone number set forth below.

      PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also, includes, without limitation, orders and notices of any application, motion, schedules, disclosure statement, plan, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:  (1) which affect or seek to affect in any way any of the rights or interests of the undersigned party in interest with respect to (a) the debtor; (b) property or proceeds thereof in which the debtor or trustee may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of the undersigned

party in interest which the debtor or Trustee may seek to use; or (2) which require or seek to require any action, delivery of any property, payment or other conduct by the undersigned party in interest.

| | |
|---|---|
| DATED: Melville, New York<br>June 25, 2013 | MICHAEL J. MACCO, Chapter 13 Trustee<br>By:__/s/ Peter J. Corey_____<br>Peter J. Corey, Esq.<br>Staff Attorney<br>135 Pinelawn Road, Suite 120 South<br>Melville, New York 11747<br>631-549-7900 |

STATE OF NEW YORK      )
COUNTY OF SUFFOLK   )  ss.:

JEANETTE HODGINS, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at East Northport, New York.

On June 25, 2013 deponent served the within

NOTICE OF APPEARANCE

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY  11201

Joshua N. Bleichman, Esq.
Attorneys for Appellants/Debtors
Bleichman & Klein
268 Route 59 West
Spring Valley, NY  10977

Nachman and Rachel Vitriol
Appellants/Debtors
2 Throop Avenue
Apt. #4
Brooklyn, NY 11206

/s/ Jeanette Hodgins
_____
JEANETTE HODGINS

Sworn to before me this
25th day of June, 2013
/s/ Janine M. Zarrilli
_____
Notary Public
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission expires September 8, 2013